IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(AT LOUISVILLE)

LARRY PALMER                                                                                          PLAINTIFF

vs.                                                                         CASE NO. 3:17-cv-00159-JHM-DW

CREDIT PROTECTION ASSOCIATION, L.P. et al.                                               DEFENDANTS

**NOTICE OF VOLUNTARY DISMISSAL**

Comes the Plaintiff, Larry Palmer, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of his claims against Defendants, Credit Protection Association, L.P. and Experian Information Solutions, Inc. with prejudice. Plaintiff, Credit Protection Association, L.P. and Experian Information Solutions, Inc. each party bear their own costs and attorneys' fees.

Respectfully submitted,

*/s/*David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger